IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DISTRICT

UNITED STATES OF AMERICA                                    PLAINTIFF/RESPONDENT

v.        Civil No.      5:08-CV-05062-JLH
          Criminal No.   5:06-CR-50056-JLH

RENE VILLANUEVA-CAMACHO                                     DEFENDANT/MOVANT

**O R D E R**

Movant, a federal prisoner presently housed at the Butner Federal Correctional Complex in Butner, North Carolina, has filed a Motion Under 28 U.S.C. Section 2255 for review by this court (Doc. 33). Having reviewed the motion, Respondent is ordered to file a response within thirty (30) days from the date of this order.

IT IS SO ORDERED this 26th day of March 2008.

/s/  J. Marschewski
Hon. James R. Marschewski
United State Magistrate Judge