IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                    PLAINTIFF/RESPONDENT

v.         Criminal No. 5:06-50056
           Civil No. 5:08-5062

RENE VILLANUEVA-CAMACHO                         DEFENDANT/MOVANT

### ORDER

NOW on this 24th day of September, 2008, comes on for consideration the Magistrate Judge's Report and Recommendation (Doc. 41) in this matter, as well as the movant's Objections thereto (Doc. 43). The Court has reviewed this matter de novo, and finds that the Report And Recommendation is sound in all respects; that the movant's objections thereto offer neither law nor fact requiring departure from the Report and Recommendation and the same should be, and it hereby is, adopted in toto.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report And Recommendation is **adopted in toto.**

IT IS FURTHER ORDERED that, for the reasons set forth therein, the 28 U.S.C. § 2255 motion is **denied** and **dismissed with prejudice**.

IT IS SO ORDERED.

/s/ Jimm Larry Hendren
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE